UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



MARIA MENDIZABAL,

                Plaintiff,

-v-

GENTLE GIANT MOVING COMPANY (NY), LLC,

                Defendant.

No. 17-cv-10044 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter from Defendants informing the Court that "the present cause has been settled between the parties." (Doc. No. 12.) Accordingly, IT IS HEREBY ORDERED THAT this case is dismissed with prejudice but without costs. IT IS FURTHER ORDERED THAT the Court retains jurisdiction to enforce the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994). However, within thirty days of the date of this Order, any party may send a letter requesting to restore this action to the docket with an explanation for the request. The Clerk of the Court is respectfully directed to close this case.

SO ORDERED.

Dated:      February 25, 2018
               New York, New York

                                                     RICHARD J. SULLIVAN
                                                     UNITED STATES DISTRICT JUDGE